UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In re:   D & D Cabinets, Inc.                                        Chapter 7
                                                                     Case #: 13-12449-BAH

**NOTICE OF WITHDRAWAL OF
CHAPTER 7 TRUSTEE'S MOTION FOR ORDER COMPELLING
SKINNER, RIVARD & SIEKMANN, PLLC TO TURNOVER RECORDS**

NOW COMES, Mark P. Cornell, Chapter 7 Trustee of the estate of the above captioned debtor, and Withdraws the Chapter 7 Trustee's Motion for Order Compelling Skinner, Rivard & Siekmann, PLLC, to Turnover Records.

Respectfully Submitted

Dated: July 15, 2014                    /S/ Mark P. Cornell
                                        Mark P. Cornell, Esq.
                                        Chapter 7 Trustee
                                        2 Greenwood Ave.
                                        Concord, NH 03301
                                        (603) 225-9900

**Certificate of Service**

I, Mark P. Cornell, hereby certify that on July 15, 2014, I served copies of this pleading upon all parties appearing electronically in accordance with LBR 5005-4 and upon:

Skinner, Rivard & Siekmann, PLLC
587 Union Street
Manchester, NH 03104

                                        /S/ Mark P. Cornell
                                        Mark P. Cornell